

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3
Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell,
Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice (not participating)
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice (not participating)
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellants' Joint Motion for Panel Rehearing and Motion for Reconsideration En Banc is
DENIED. *See* TEX. R. APP. P. 49.3, 49.5.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court